UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO Z. CAMPOS,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE YARBOROUGH, et al.,<br><br>    Respondents. | No. C 05-3309 SBA (pr)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>(Docket no. 2) |

Petitioner, a prisoner of the State of California, has not filed a proper habeas corpus petition in this action, but has filed what is captioned as a "Motion to Extend Length of Petition, and Declaration of Rigoberto Z. Campos in Support Thereof." Petitioner asks the Court to consider excess pages that he feels are necessary to fully apprise the Court of the details of his underlying murder conviction and his eighteen (18) habeas corpus claims.

Having reviewed Petitioner's motion and good cause appearing, the Court orders as follows: In light of the large number of claims and sub-claims Petitioner intends to pursue in his petition, the request to exceed the twenty-five page limit is GRANTED. The Court will grant the motion and will consider all papers filed by Petitioner.[1]

The Clerk of the Court shall file Petitioner's 218-page Petition For Writ Of Habeas Corpus received by the Court on February 9, 2005.

IT IS SO ORDERED.

Dated: 8/29/05

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

---

[1] Petitioner should note that if and when Respondents are directed to answer this petition, he will be ordered to provide the Court with the pleadings and opinions filed in the state courts.